**Chester Lee MARKS, Plaintiff–
Appellant,**

v.

**TOWER CLEANERS;  et al.,
Defendants–Appellees.**

No. 08–17167.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 1, 2008.*

Filed Dec. 10, 2008.

Chester Lee Marks, Phoenix, AZ, pro
se.

Before: GOODWIN, CLIFTON and
BEA, Circuit Judges.

MEMORANDUM **

A review of the record and appellant's
opening brief indicates that the questions
raised in this appeal are so insubstantial as
not to require further argument. *See
United States v. Hooton,* 693 F.2d 857, 858
(9th Cir.1982) (per curiam) (stating stan-
dard).

---

* The panel unanimously finds this case suitable
  for decision without oral argument. *See* Fed.
  R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
  cation and is not precedent except as provid-
  ed by 9th Cir. R. 36–3.

Accordingly, we summarily affirm the
district court's judgment.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable
  for decision without oral argument. *See* Fed.
  R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
  cation and is not precedent except as provid-
  ed by 9th Cir. R. 36–3.